Case 4:21-cv-02766   Document 52   Filed on 09/26/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 26, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SUZANNE SBARBARO, ON BEHALF OF HERSELF AND OTHERS SIMILARLY SITUATED,<br><br>*Plaintiff,*<br>VS.<br><br>CHOICE HOTELS INTERNATIONAL, INC., GULF COAST HOTEL MANAGEMENT, INC., and TRACY JONES<br><br>*Defendants.* | CIVIL ACTION NO. 4:21-cv-2766 |

## FINAL JUDGMENT

This Court granted Gulf Coast Hotel Management, Inc. and Tracy Jones' First Motion for Summary Judgment, (Doc. No. 42), and Second Motion for Summary Judgment, (Doc. No. 47). For the reasons set forth in the Court's Orders granting summary judgment, the above-styled case is **DISMISSED** with prejudice.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

Signed on this the 25 day of September 2024

Andrew S. Hanen
United States District Judge